STATE of Maine

v.

**David STYPA.**

Supreme Judicial Court of Maine.

Argued Sept. 13, 1988.
Decided Oct. 20, 1988.

Mary Tousignant, Dist. Atty., Anne Jordan (orally), Asst. Dist. Atty., Alfred, for plaintiff.

Schuyler Steele (orally), Brown & Steele, Portland, for defendant.

Before WATHEN, GLASSMAN, CLIFFORD and HORNBY, JJ.

MEMORANDUM OF DECISION.

David Stypa appeals his convictions in the Superior Court (York County; Brodrick, J.) of aggravated assault, assault on a child under six years of age, and endangering the welfare of a child under 17–A M.R.S.A. §§ 208(1)(A), 207, and 554 (1983 & Supp.1987), respectively. We affirm. The trial court did not abuse its discretion in denying continuances. *State v. Reed,* 479 A.2d 1291, 1295 (Me.1984); *State v. Curtis,* 295 A.2d 252, 255 (Me.1972). We find no merit in the other issues, many of which were not even raised in the trial court.

The entry is:

JUDGMENTS AFFIRMED.

All concurring.

STATE of Maine

v.

**Dale Scott HUNNEWELL.**

Supreme Judicial Court of Maine.

Argued Sept. 9, 1988.
Decided Oct. 20, 1988.

James E. Tierney, Atty. Gen., Jonathan R. Chapman (orally), Asst. Atty. Gen., Portland, for plaintiff.

Richard Emerson (orally), Childs, Emerson, Rundlett, Fifield & Childs, Portland, for defendant.

Before McKUSICK, C.J., and ROBERTS, WATHEN, GLASSMAN, CLIFFORD and HORNBY, JJ.

MEMORANDUM OF DECISION.

Dale Scott Hunnewell appeals his conviction of Class B trafficking in cocaine under 17–A M.R.S.A. § 1103 (1983 & Supp.1987). We affirm. The Superior Court (Cumberland County; Lipez, J.) properly found, on the issue before it, no basis to question the Complaint Justice's impartiality in issuing the warrant. We also find no abuse of discretion in the Superior Court's decision (Cumberland County; McKinley, J.) under M.R.Evid. 403 to admit, with a limiting instruction to the jury, prior inconsistent hearsay statements to impeach the credibility of a witness. *See State v. Dodge,* 397 A.2d 588, 592–93 (Me.1979).

The entry is:

JUDGMENT AFFIRMED.

All concurring.